**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CHARLES TALBERT, | : | No. 424 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARK KAPLAN AND ALBERT EINSTEIN | : | |
| MEDICAL CENTER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal and Motion to Appoint Counsel are **DENIED**.